## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re | Bankruptcy Case No. 15-00236 GS |
| Cook Inlet Energy, LLC | Chapter 11 |
| Debtor (s). | |

COPY

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Cook Inlet Energy, LLC

A petition under title 11, United States Code was filed against you in this bankruptcy court on August 6, 2015, requesting an order for relief under chapter 11 of the bankruptcy code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition with 21 days after service of this summons. A copy of the petition is attached.

> **Address of the Clerk:**
> Clerk, U.S. Bankruptcy Court
> Old Federal Building
> 605 W. 4th Ave., Suite 138
> Anchorage, Alaska 99501-2296

At the same time you must also serve a copy of the motion or answer on the petitioner's attorney.

> **Name and Address of Plaintiffs' or Petitioning Creditors' Attorney:**
> Erik LeRoy, P.C.
> 500 L St., Ste 302
> Anchorage, AK 99501

If you make a motion, your time to answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Date of Issuance: Aug. 7, 2015

JAN S. OSTROVSKY
Clerk, U.S. Bankruptcy Court

By: _L. Desjarlais_
Deputy Clerk