# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re | Bankruptcy Case No. 15-00236 GS |
| Cook Inlet Energy, LLC | Chapter 11 |
| Debtor (s). | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Cook Inlet Energy, LLC

A petition under title 11, United States Code was filed against you in this bankruptcy court on August 6, 2015, requesting an order for relief under chapter 11 of the bankruptcy code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition with 21 days after service of this summons. A copy of the petition is attached.

> Address of the Clerk:
> Clerk, U.S. Bankruptcy Court
> Old Federal Building
> 605 W. 4th Ave., Suite 138
> Anchorage, Alaska 99501-2296

At the same time you must also serve a copy of the motion or answer on the petitioner's attorney.

> Name and Address of Plaintiffs' or Petitioning Creditors' Attorney:
> Erik LeRoy, P.C.
> 500 L St., Ste 302
> Anchorage, AK 99501

If you make a motion, your time to answer is governed by Bankruptcy Rule 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, THE ORDER FOR RELIEF WILL BE ENTERED.**

Date of Issuance: _Aug. 7, 2015_

JAN S. OSTROVSKY
Clerk, U.S. Bankruptcy Court

By: _L. Desjarlais_
Deputy Clerk

I,  Erik LeRoy, certify that I am, and at all times during service of process was not less than 18 years of age and not a party to this matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the involuntary petition was made August 10, 2015 by:

Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

Robert A Royce
Cook Inlet Energy, LLC
registered agent
601 W 5th Ave., Ste 310
Anchorage, AK 99501

Personal service: By leaving the process with the following defendant or with an officer or agent of defendant at:

Robert A. Royce
Cook Inlet Energy, LLC
601 W 5th Ave., Ste 310
Anchorage, AK 99501

Residence service: By leaving process with the following adult at:

Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

Publication: The defendant was served as follows [Describe briefly];

State Law: The defendant was served pursuant to the law of the State of _____ as follows [Describe briefly];

**UNDER PENALTY OF PERJURY, I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED:_____8/10/15_____                    _____
                                                                                     Signature

Print Name of Person Serving Process:

      Erik LeRoy

Business Address:

      500 L St., Ste 302

City, State, and Zip:

      Anchorage, AK 99501