IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA (ANCHORAGE)

| | |
|---|---|
| In re: ) <br> ) <br> COOK INLET ENERGY LLC, ) <br> ) <br> Debtors. ) <br> ) | Case No. <br> 15-00236 (GS) <br><br> Chapter 11 |

## EX PARTE MOTION FOR EVAN D. FLASCHEN TO APPEAR PRO HAC VICE

Pursuant to Local Rule 2090-1(b), the undersigned Michael Jungreis, a member of the Bar of this Court requests that the Court permit Evan D. Flaschen, from the law firm of Bracewell & Giuliani LLP, to represent Apollo Investment Corporation (as agent and lender) and Highbridge Principal Strategies – Specialty Loan Fund III, L.P., Highbridge Principal Strategies – Specialty Loan Institutional Fund III, L.P., Highbridge Principal Strategies – Specialty Loan VG Fund, L.P., Highbridge Principal Strategies – NDT Senior Loan Fund, L.P., Highbridge Specialty Loan Sector A Investment Fund, L.P., Highbridge Specialty Loan Institutional Holdings Limited, Highbridge Aiguilles Rouges Sector A Investment Fund, L.P., and Lincoln Investment Solutions, Inc. (as lenders) in the above-captioned matter.

Dated: September 4, 2015

                                      Respectfully submitted,

                                      DAVIS WRIGHT TREMAINE LLP

                    By: /s/ Michael Jungreis
                                    Michael Jungreis
                                    Suite 100
                                    188 West Northern Lights Blvd.
                                    Anchorage, Alaska 99503-3985
                                    Telephone: 907.257.5300
                                    Facsimile: 907.257.5399
                                    E-mail: michael.jungreis@dwt.com

                                    *Counsel to the Agent and Lenders*

#4985423.3

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA (ANCHORAGE)

| | |
|---|---|
| In re:                                )<br>                                       )<br>COOK INLET ENERGY LLC,  )<br>                                       )<br>        Debtors.                   )<br>                                       ) | Case No.<br>15-00236 (GS)<br><br>Chapter 11 |

### AFFIDAVIT OF EVAN D. FLASCHEN FOR MOTION TO APPEAR PRO HAC VICE

I, Evan D. Flaschen state:

1. I am a partner with the law firm of Bracewell & Giuliani LLP, CityPlace I, 34th Floor, 185 Asylum Street, Hartford, CT 06103, telephone 860.947.9000, facsimile 800.404.3970, and email at evan.flaschen@bgllp.com.

2. I am a member in good standing of the Bar in the State of Connecticut (Bar No. 304232) and the State of New York (Bar No. 5054929). I am admitted to practice in the U.S. District Court for the District of Connecticut and the Southern District of New York. I am also admitted to practice before the First, Second, Third, Fifth and Eleventh Circuit Court of Appeals.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to hearing.

4. I have not been denied admission, disciplined by, resigned from, surrendered my license to practice before or withdrawn an application to practice before this Court or any other court, nor have I been convicted of any crimes.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Alaska, and the Local Rules of the United States Bankruptcy Court for the District of Alaska.

1

#4985423.3

6. I hereby designate the sponsoring attorney, Michael Jungreis of Davis Wright & Tremaine LLP, as agent for service of process and the District of Alaska as the forum for the resolution of any dispute arising out of said attorney's admission.

The undersigned declares under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By: _____
Evan D. Flaschen
Bracewell & Giuliani LLP
CityPlace I, 34th Floor
185 Asylum Street
Hartford, CT 06103
Telephone: 860.947.9000
Facsimile: 800.404.3970
E-mail: evan.flaschen@bgllp.com

*Counsel to the Agent and Lenders*

Subscribed and sworn to before me on this the 3 day of September, 2015.

_____
Notary Public
Printed Name: Meghan K. Olsen
My Commission Expires: February 28, 2018

```
Meghan K Olsen
Notary Public-Connecticut
My Commission Expires
February 28, 2018
```

2

#4985423.3

# State of Connecticut
# Supreme Court

I, **Paul S. Hartan**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify,* that, in the Superior Court at Hartford on the 27th day of October, 1982.

Evan Daniel Flaschen

of

Glastonbury, Connecticut

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof,* *I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* September 1, 2015.



*Paul S. Hartan*
Chief Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's CM/ECF system on September 4, 2015.

By: /s/Michael Jungreis
Michael Jungreis

#4985423.3