IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA (ANCHORAGE)

| | |
|---|---|
| In re:<br><br>COOK INLET ENERGY LLC,<br><br>Debtors. | Case No.<br>15-00236 (GS)<br><br>Chapter 11 |

**EX PARTE MOTION FOR CURT ROY HINELINE TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 2090-1(b), the undersigned Michael Jungreis, a member of the Bar of this Court requests that the Court permit Curt Roy Hineline, from the law firm of Bracewell & Giuliani LLP, to represent Apollo Investment Corporation (as agent and lender) and Highbridge Principal Strategies – Specialty Loan Fund III, L.P., Highbridge Principal Strategies – Specialty Loan Institutional Fund III, L.P., Highbridge Principal Strategies – Specialty Loan VG Fund, L.P., Highbridge Principal Strategies – NDT Senior Loan Fund, L.P., Highbridge Specialty Loan Sector A Investment Fund, L.P., Highbridge Specialty Loan Institutional Holdings Limited, Highbridge Aiguilles Rouges Sector A Investment Fund, L.P., and Lincoln Investment Solutions, Inc. (as lenders) in the above-captioned matter.

Dated: September 4, 2015

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/Michael Jungreis
Michael Jungreis
Suite 100
188 West Northern Lights Blvd.
Anchorage, Alaska 99503-3985
Telephone: 907.257.5300
Facsimile: 907.257.5399
E-mail: michael.jungreis@dwt.com

*Counsel to the Agent and Lenders*

#4985938.3

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA (ANCHORAGE)

| | |
|---|---|
| In re: ) | |
| ) | Case No. |
| COOK INLET ENERGY LLC, ) | 15-00236 (GS) |
| ) | |
| Debtors. ) | |
| ) | Chapter 11 |

**AFFIDAVIT OF CURT ROY HINELINE FOR MOTION TO APPEAR PRO HAC VICE**

I, Curt Roy Hineline state:

1. I am a partner with the law firm of Bracewell & Giuliani LLP, 701 Fifth Avenue, Suite 6200, Seattle, Washington 98104, telephone 206.204.6200, facsimile 800.404.3970, and email at curt.hineline@bgllp.com.

2. I am a member in good standing of the Bar in the State of Washington (Bar No. 16317) and the State of Oregon (Bar No. 91315). I have been admitted to practice in the U.S. District Court for the Eastern and Western Districts of Washington, the District of Oregon and the District of Nebraska. I also have been admitted to practice before the Eighth and Ninth Circuit Court of Appeals, the U.S. Court of Federal Claims, the Washington, Nebraska and Oregon Supreme Courts, and the District of Columbia Court of Appeals.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to hearing.

4. I have not been denied admission, disciplined by, resigned from, surrendered my license to practice before or withdrawn an application to practice before this Court. Nor have I been denied admission or disciplined by any other court, or been convicted of any crimes.

1

5. I have fully reviewed and am familiar with the Federal Rules of Civil, the Local Rules of the United States District Court for the District of Alaska, and the Local Rules of the United States Bankruptcy Court for the District of Alaska.

6. I hereby designate the sponsoring attorney, Michael Jungreis of Davis Wright & Tremaine LLP, as agent for service of process and the District of Alaska as the forum for the resolution of any dispute arising out of said attorney's admission.

The undersigned declares under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

BRACEWELL & GIULIANI LLP

By: _____
Curt Roy Hineline
701 Fifth Avenue, Suite 6200
Seattle, WA 98104
Telephone: 206.204.6200
Facsimile: 800.404.3970
E-mail: curt.hineline@bgllp.com

*Counsel to the Agent and Lenders*

Subscribed and sworn to before me on this the 26 day of August 2015.

_____
Notary Public
Printed Name: Serita Smith
My Commission Expires: 10-27-2015

2

# CERTIFICATION OF CURRENT STATUS

August 28, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr. Curt Roy Hineline**, WSBA ID# **16317** was admitted to the practice of law in this state by the Supreme Court of Washington on **October 29, 1986**, and is, as of today's date, an **Active member** of the Washington State Bar Association, <u>Eligible</u> to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

_____
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's CM/ECF system on September 4, 2015

By: /s/Michael Jungreis
Michael Jungreis

#4985938.3