IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF ALASKA (ANCHORAGE)

| | |
|---|---|
| In re: ) | |
| ) | Case No. |
| COOK INLET ENERGY LLC, ) | 15-00236 (GS) |
| ) | |
| Debtors. ) | |
| ) | Chapter 11 |

### MOTION FOR DAVID L. LAWTON TO APPEAR PRO HAC VICE

Pursuant to Local Rule 2090-1(b), the undersigned David L. Lawton, a member in good standing of the bar for the State of Connecticut, seeks admission *pro hac vice* to represent Apollo Investment Corporation (as agent and lender) and Highbridge Principal Strategies – Specialty Loan Fund III, L.P., Highbridge Principal Strategies – Specialty Loan Institutional Fund III, L.P., Highbridge Principal Strategies – Specialty Loan VG Fund, L.P., Highbridge Principal Strategies – NDT Senior Loan Fund, L.P., Highbridge Specialty Loan Sector A Investment Fund, L.P., Highbridge Specialty Loan Institutional Holdings Limited, Highbridge Aiguilles Rouges Sector A Investment Fund, L.P., and Lincoln Investment Solutions, Inc. (as lenders) in the above-captioned matter.

1. I am an associate with the law firm of Bracewell & Giuliani LLP, CityPlace I, 34th Floor, 185 Asylum Street, Hartford, CT 06103, telephone 860.256.8544, facsimile 800.404.3970, and email at david.lawton@bgllp.com.

2. I am a member in good standing of the Bar in the State of Connecticut (Bar No. 426186) and the State of New York (Bar No. 5065503). I am admitted to practice in the U.S. District Court for the District of Connecticut and the Southern District of New York.

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to hearing.

#4985928.4

4. I have not been denied admission, disciplined by, resigned from, surrendered my license to practice before or withdrawn an application to practice before this Court or any other court, nor have I been convicted of any crimes.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Alaska, and the Local Rules of the United States Bankruptcy Court for the District of Alaska.

6. I hereby designate the sponsoring attorney, Michael Jungreis of Davis Wright & Tremaine LLP, as agent for service of process and the District of Alaska as the forum for the resolution of any dispute arising out of said attorney's admission

WHEREFORE, the undersigned requests that this Court enter an order granting my admission pro hac vice before this Court and for such other and further relief to which I may be entitled in law and equity.

                    Respectfully submitted,

                    BRACEWELL & GIULIANI LLP

By: _____
      David L. Lawton
      Bracewell & Giuliani LLP
      CityPlace I, 34th Floor
      185 Asylum Street
      Hartford, CT 06103
      Telephone: 860.256.8544
      Facsimile: 800.404.3970
      E-mail: david.lawton@bgllp.com

*Counsel to Agent and Lenders*

#4985928.4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via the Court's CM/ECF system on September 11, 2015.

By: _____
David L. Lawton

#4985928.4

# State of Connecticut

# Supreme Court

I, **Paul S. Hartan**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Superior Court at Hartford on the 30th day of October, 2006.

David L. Lawton

of

Avon, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day September 9, 2015.



Paul S. Hartan
Chief Clerk