David H. Bundy (AK Bar 7210043)
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, Alaska  99501
Telephone:  (907) 248-8431
Facsimile:   (907) 248-8434

Timothy A. ("Tad") Davidson II *(admitted pro hac vice)*
David A. Zdunkewicz *(admitted pro hac vice)*
Joseph P. Rovira *(admitted pro hac vice)*
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile:  (713) 220-4285

Proposed Attorneys for the Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | |
| **COOK INLET ENERGY, LLC** | § | **Case No. 15-00236** |
| | § | **Chapter 11** |
| Debtor. | § | |

**COOK INLET ENERGY, LLC'S ANSWER TO INVOLUNTARY PETITION AND CONSENT TO ENTRY OF ORDER FOR RELIEF AND RESERVATION OF RIGHTS**

Cook Inlet Energy, LLC ("CIE"), through its undersigned proposed counsel, hereby files this Answer to Involuntary Petition and Consent to Entry of Order for Relief and Reservation of Rights (the "Answer and Consent"), and respectfully requests that this Court enter promptly an Order for Relief under Section 303(h) of Title 11 of the United States Code, as amended (the "Bankruptcy Code") against CIE under chapter 11 of the Bankruptcy Code.

**BACKGROUND**

1.   On August 6, 2015, Baker Hughes Oilfield Operations, Inc. ("Baker Hughes"), M-I, LLC d/b/a MI-SWACO ("MI-Swaco") and Schlumberger Technology Corporation ("Schlumberger", and collectively with Baker Hughes and MI-Swaco, the "Petitioning

Creditors") filed an involuntary chapter 11 bankruptcy petition (the "Involuntary Petition") against CIE in the United States Bankruptcy Court for the District of Alaska (the "Court"). During the involuntary gap period, CIE continued to operate its business in the ordinary course.

2. CIE is a wholly owned subsidiary of Miller Energy Resources, Inc. ("MER"). Concurrently with filing of this Answer and Consent, MER and certain of its other subsidiaries (collectively with CIE and MER, "Miller" or the "Debtors") are filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code with this Court. Miller will also be filing various first day pleadings designed to ease Miller's transition into bankruptcy, including a first day declaration with detailed background on Miller, its history, its operations and assets.

3. Further information about CIE is provided on **Schedule 1**, attached to this Answer and Consent. Such information includes locations of principal assets, affiliates, consolidated list of creditors holding thirty (30) largest unsecured claims, and a statement of corporate ownership.

## ANSWER AND CONSENT TO ORDER FOR RELIEF

4. By this Answer and Consent, CIE hereby consents to entry of an Order for Relief commencing its voluntary chapter 11 case. Concurrently herewith, Miller is filing a voluntary petition for each of the other Debtors along with appropriate corporate resolutions for each of the Debtors and other first day pleadings and motions.

## RESERVATION OF RIGHTS

5. CIE expressly reserves all of its rights and remedies under Section 303(i) of the Bankruptcy Code and otherwise

WHEREFORE, CIE respectfully request that the Court (i) enter an Order for Relief under Section 303(h) against CIE under chapter 11 of the Bankruptcy Code, and (ii) grant to CIE such other and further relief as is just and proper.

Dated: October 1, 2015

Respectfully submitted,

ANDREWS KURTH LLP

By: /s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II
Texas Bar No. 24012503
David A. Zdunkewicz
Texas Bar No. 22253400
Joseph P. Rovira
Texas Bar No. 24066008
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile:  (713) 220-4285
taddavidson@andrewskurth.com
dzdunkewicz@andrewskurth.com
josephrovira@andrewskurth.com

David H. Bundy
Alaska Bar No. 7210043
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, Alaska  99501
Telephone:  (907) 248-8431
Facsimile:   (907) 248-8434
dhb@alaska.net

PROPOSED ATTORNEYS FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of October, 2015, the foregoing document was served by ECF on the parties registered to receive electronic notices.

By: /s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II