# EXHIBIT A

## Bank Accounts

| Account Holder | Bank Name and Address | Description | Account Type | Account Number |
|---|---|---|---|---|
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 99510-0720 | Operating Account | Checking | x5486 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 99510-0720 | Abandonment | Checking | x3652 |
| Miller Energy Resources, Inc. | KeyBank P.O. Box 93885 Cleveland, OH 44101-5885 | Control Account | Checking | x9334 |
| Cook Inlet Energy LLC | KeyBank P.O. Box 93885 Cleveland, OH 44101-5885 | Manual Checking | Checking | x0191 |
| Cook Inlet Energy LLC | KeyBank P.O. Box 93885 Cleveland, OH 44101-5885 | AP & Payroll | Checking | x3297 |
| Miller Energy Resources, Inc. | KeyBank P.O. Box 93885 Cleveland, OH 44101-5885 | Deposit Account | Checking | x9359 |
| Miller Energy Resources, Inc. | KeyBank P.O. Box 93885 Cleveland, OH 44101-5885 | AP & Payroll | Checking | x3339 |
| Miller Drilling TN LLC | KeyBank P.O. Box 93885 Cleveland, OH 44101-5885 | AP | Checking | x3321 |

HOU:3597309.1

| East Tennessee Consultants INC PDC Oil Account | Citizens First Bank 1015 Main Street, Wartburg, TN 37887 | Oil Revenue/Distribution | Checking | x5990 |
|---|---|---|---|---|
| East Tennessee Consultants INC Oil Account | Citizens First Bank 1015 Main Street, Wartburg, TN 37887 | Oil Revenue/Distribution | Checking | x6006 |
| East Tennessee Consultants INC | Progressive Savings Bank 500 North Main Street Jamestown, TN 38556 | Gas Revenue/Distribution | Checking | x4044 |
| Miller Resources Alaska Operations | Fifth Third Bank P.O. Box 630900 Cincinnati, OH 45263-0900 | Apollo/Financing | Checking | x4329 |
| Miller Energy Resources INC Tennessee Operations | Fifth Third Bank P.O. Box 630900 Cincinnati, OH 45263-0900 | Apollo/Financing | Checking | x4311 |
| Miller Energy Resources INC | Fifth Third Bank P.O. Box 630900 Cincinnati, OH 45263-0900 | Apollo/Financing | Checking | x9779 |
| Miller Energy Resources INC | SunTrust P.O. Box 35165 Knoxville, TN 37930 | Operating & Payroll | Checking | x1859 |
| Cook Inlet Energy LLC | SunTrust P.O. Box 35165 Knoxville, TN 37930 | Operating & Payroll | Checking | x6123 |
| Miller Drilling TN LLC | SunTrust P.O. Box 35165 Knoxville, TN 37930 | Payroll | Checking | x0484 |
| Miller Energy Resources INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Manual Checking | Checking | x7553 |

2

HOU:3597309.1

| | | | | |
|---|---|---|---|---|
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720 Anchorage, AK 99510-0720 | Miscellaneous | Savings | x9842 |
| Savant Alaska LLC | First National Bank Alaska Attn: Cecil Cocoom 1751 Gambel, Suite 205 Anchorage, AK 99501 | Opearting | Checking | x9288 |
| Nutaaq Operating LLC | First National Bank Alaska Attn: Cecil Cocoom 1751 Gambel, Suite 205 Anchorage, AK 99501 | Payroll | Checking | x0266 |
| Savant Alaska LLC | Colorado State Bank and Trust Attn: Susan Jacobs 1600 Broadway, 4th Floor Denver, CO 80202 | Payroll - soon to be closed pending authorization. | Checking | x1444 |

3

HOU:3597309.1

## Investment Accounts

| Account Holder | Bank Name and Address | Description | Account Type | Account Number |
|---|---|---|---|---|
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Abandonment | CD | x2870 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Abandonment | CD | x5560 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Abandonment | CD | x7836 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Abandonment | CD | x6325 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Abandonment | CD | x8150 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Abandonment | CD | x8087 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x2806 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x9052 |

HOU:3597309.1

| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x5577 |
|---|---|---|---|---|
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x2417 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x8908 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x5586 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x2408 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x7306 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | Work Commitment | CD | x0140 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | General Liability | CD | x2852 |
| Cook Inlet Energy LLC | First National Bank Alaska P.O. Box 100720, Anchorage, AK 95510-0720 | General Liability | CD | x2843 |

HOU:3597309.1

| | | | | |
|---|---|---|---|---|
| East Tennessee Consultants INC | Progressive Savings Bank 500 North Main Street, Jamestown, TN 38556 | Abandonment | CD | x6328 |
| East Tennessee Consultants INC | Progressive Savings Bank 500 North Main Street, Jamestown, TN 38556 | Abandonment | CD | x8223 |
| East Tennessee Consultants LLC | Progressive Savings Bank 500 North Main Street, Jamestown, TN 38556 | Abandonment | CD | x8247 |
| Miller Petroleum INC | SunTrust P.O. Box 35165 Knoxville, TN 37930 | Abandonment | CD | x6068 |
| Miller Petroleum INC | SunTrust P.O. Box 35165 Knoxville, TN 37930 | Abandonment | CD | x6039 |
| Miller Services Inc. | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6267 |
| Miller Services Inc. | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6506 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x0597 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x1330 |

6

HOU:3597309.1

| | | | | |
|---|---|---|---|---|
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x2882 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6582 |
| Miller Services Inc. | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6607 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6707 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6704 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x7232 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x7273 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x7272 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x7318 |

HOU:3597309.1

| | | | | |
|---|---|---|---|---|
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x7480 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x8154 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6889 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6914 |
| Miller Energy Resources, INC | First National Bank Oneida 250 National Dr., Helenwood, TN 37755 | Abandonment | CD | x6709 |
| Savant Alaska LLC | Colorado State Bank and Trust Attn: Susan Jacobs 1600 Broadway, 4th Floor Denver, CO 80202 | LOC Collateral Account | | x6739 |

HOU:3597309.1