# **EXHIBIT B**

**Cash Management Charts**

[*This page is intentionally left blank*]

# Cash Flow Chart for Cook Inlet Energy

**Oil Revenue From Tesoro**

**Gas Revenue From Enstar**

**State of Alaska Drilling Credit Payment**

**CIE FNBA**
- FNBA acct 1030 (#31055486)
- FNBA acct 1030 is mainly used to receive State of Alaska drilling credit payment. The entire received amount is transferred to CIE Suntrust acct 1010

**CIE Suntrust Bank**
- Suntrust acct 1010 (#1000096036123)
- Suntrust acct 1010 is the general operation acct used by CIE to pay all its vendors and payroll related expenses

**CIE Transfers Payment to MER**
- CIE Suntrust acct 1010 to MER Suntrust acct 1020

**MER Suntrust acct 1020**
- MER distributes to CIE Suntrust acct 1010, MDT Suntrust acct 1010 and its own vendors through this acct

**CIE Payroll**
- MER transfers payment from Suntrust acct 1020 to CIE acct 1010 for CIE payroll

**CIE Payroll**
- CIE Payroll are paid through CIE Suntrust acct 1010

**CIE Operation**
- MER transfers payment from Suntrust acct 1020 to CIE acct 1010 for CIE operation

**CIE Vendors**
- CIE vendors are paid through CIE Suntrust acct 1010

**MER Vendors**
- MER vendors are paid through MER Suntrust acct 1020

**MDT Vendors**
- MER transfers payment from Suntrust acct 1020 to MDT acct 1010 for MDT operation

**MDT Vendors**
- MDT vendors are paid through MDT Suntrust acct 1010

Cash Flow Chart for Savant Energy
ASRC Partner
- Owns 32.5% of Savant operation
- Owns 32.5% of Nutaaq pipeline
- Savant bills ASRC through JIB
- ASRC Pays Savant directly through JIB and pays Nutaaq directly through tariff
BP Oil Revenue
- BP Revenue income is paid into Savant's main FNBA bank acct 100.2 (#30819288)
Tariff cash flow (Nutaaq Pipeline)
JIB cash flow (Savant Energy)
Savant FNBA Bank
- Savant FNBA acct 100.2 (#30819288)
- Savant FNBA acct 100.2 is the general operation acct used by Savant to pay all its vendor related expenses
- Savant FNBA acct 100.2 also pays Nutaaq's vendor
- Savant FNBA acct receives payment from ASRC through JIB
- Nutaaq Pipeline transfers tariff revenue to Savant's FNBA acct
Nutaaq Operating LLC
- Nutaaq Operating uses FNBA acct 100.2 #30940266 to fund its payroll activities
- Savant FNBA acct #30819288 transfers funds to Nutaaq FNBA #30940266
Nutaaq Payroll
- Nutaaq Payroll are paid through Nutaaq FNBA acct #30940266 which is funded by Savant FNBA
Savant Vendors
- Savant vendors are paid through Savant FNBA acct 100.2 (#30819288)
Nutaaq Pipeline Vendors
- Nutaaq vendors are paid through Savant FNBA acct 100.2 (#30819288)
Nutaaq Pipeline FNBA Bank
- Acct 100.2 (#31068844) is a clearing acct that transfers tariff Revenue from ASRC Savant's FNBA acct (#30819288)
- Nutaaq Pipeline Vendors are paid by Savant FNBA acct

