## EXHIBIT A

### Utility Service List

Homer Electric
3977 Lake Street
Homer, Alaska 99603

Homer Septic
P.O. Box 914
Homer, Alaska 99603

GCI
P.O. Box 99001
Anchorage Alaska 99509

ECS
12840 Nora Drive
Anchorage, Alaska 99515

Alawas
P.O. Box 19609
Anchorage, Alaska 99519

Moore & Moore
3900 Sterling Hwy
Homer, Alaska 99603

Emeral
P.O. Box 740027
Los Angeles, California 90074

Huntsville Utility District
P.O. Box 208
Hunstville, Tennessee 37756

Plateau Electric
P.O. Box 4669
Oneida, Tennessee 37841

Citizens Gas Utility District
P.O. Box 320
Helenwood, Tennessee 37755

Alaska Pure Water
301 E. International Airport Road
Anchorage, Alaska 99518

Alaska Communications
600 Telephone Ave.
Anchorage Alaska, 99503

Clearfly Communications
450 Townsend St.
Floor 1, Room 1
San Francisco, California 94107

CGI
3120 Denali Street, Suite 5
Anchorage, Alaska 99503

Peninsula Pumping Inc.
42115B Kalifornsky Beach Road
Soldotna, Alaska 99669

Frontier Ice & Bakery
30455 Arc Loop Rd
Soldotna, Alaska 99669

HOU:3596990.1