UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

In re:

COOK INLET ENERGY, LLC,

Debtor.

Case No. 15-00236-GS
Chapter 11

### ORDER FOR RELIEF IN AN INVOLUNTARY CASE

On consideration of the petition filed on August 6, 2015 against Cook Inlet Energy, LLC, and in light of *Cook Inlet Energy, LLC's Answer to Involuntary Petition and Consent to Entry of Order for Relief and Reservation of Rights* (ECF No. 51) filed on October 1, 2015, an order for relief under chapter 11 of the Bankruptcy Code (Title 11 of the United States Code) is GRANTED.

DATED: October 2, 2015

BY THE COURT

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve:  Erik LeRoy, Esq.
David Bundy, Esq.
Timothy Davidson, Esq.
Thomas Buford, Esq.
ECF Participants per NEF
U.S. Trustee
Jan Ostrovsky, Clerk of Court
Case Manager
SVS