David H. Bundy (AK Bar 7210043)
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, Alaska  99501
Telephone:  (907) 248-8431
Facsimile:   (907) 248-8434

Timothy A. ("Tad") Davidson II *(admitted pro hac vice)*
David A. Zdunkewicz *(admitted pro hac vice)*
Joseph P. Rovira *(admitted pro hac vice)*
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile:  (713) 220-4285

Proposed Attorneys for the Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Cook Inlet Energy, LLC; | § | Case No. 15-00236 |
| Miller Energy Resources, Inc.; | § | Case No. 15-00313 |
| Miller Drilling, TN LLC; | § | Case No. 15-00314 |
| Miller Energy Services, LLC; | § | Case No. 15-00315 |
| Miller Energy GP, LLC; | § | Case No. 15-00316 |
| Miller Rig & Equipment, LLC; | § | Case No. 15-00318 |
| East Tennessee Consultants, Inc.; | § | Case No. 15-00319 |
| East Tennessee Consultants II, L.L.C.; | § | Case No. 15-00320 |
| Anchor Point Energy, LLC; | § | Case No. 15-00321 |
| Savant Alaska, LLC; and | § | Case No. 15-00322 |
| Nutaaq Operating LLC.[1] | § | Case No. 15-00323 |
| | § | |
| Debtors. | § | Joint Administration Requested |

**AMENDED NOTICE OF INTENT TO TAKE COMPENSATION PURSUANT**
**TO AK LBR 2016-2**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908).

To:   U.S. Trustee, the Unsecured Creditors Committee, and/or other interested parties entitled to notice under AK LBR 2016-2.

The Debtors intend to pay compensation to the following individuals in monthly increments as shown below (a modified Notice will be filed if this amount is later increased).

**PLEASE TAKE NOTICE THAT** you may file an objection to the compensation and request a hearing if you deem it excessive or unwarranted at any time. The compensation intended to be paid is summarized as follows:

| Name, Title, Job Description of Recipient | Average Monthly Salary/Draw for Year Preceding Bankruptcy | Compensation Debtor(s) Will Pay This Individual (monthly) |
|---|---|---|
| Carl F. Giesler, Jr., Chief Executive Officer and Director, Miller Energy Resources, Inc.<br><br>Executive leadership | $66,667 | $66,667 |
| Phillip G. Elliott<br>Senior Vice President and Chief Financial Officer, Miller Energy Resources, Inc.<br><br>Manages all financial matters | $37,491.45[2] | $28,750 |
| Kurt C. Yost, Senior Vice President and General Counsel, Miller Energy Resources, Inc.<br><br>Manages all legal matters | $25,000 | $25,000 |
| Leland E. Tate, Senior Vice President of Operations, Interim Chief Operating Officer, Cook Inlet Energy, LLC and Miller Energy Resources, Inc.<br><br>Manages all operational matters | $29,167 | $35,833 |
| Conrad J. Perry, Vice President and Drilling Manager, Cook Inlet Energy, LLC<br><br>Manages drilling and production operations | $29,167 | $29,167 |

---

[2] Phillip G. Elliott's prepetition compensation includes $52,448.72 in total relocation compensation. The amount of $8,741.45/month is included in his prepetition monthly compensation to represent Mr. Elliott's six (6) months of prepetition employment with Miller Energy Resources, Inc.

2

HOU:3596429.1

Dated: October 4, 2015

Respectfully submitted,

ANDREWS KURTH LLP

By: /s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II
Texas Bar No. 24012503
David A. Zdunkewicz
Texas Bar No. 22253400
Joseph P. Rovira
Texas Bar No. 24066008
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile: (713) 220-4285
taddavidson@andrewskurth.com
dzdunkewicz@andrewskurth.com
josephrovira@andrewskurth.com

David H. Bundy
Alaska Bar No. 7210043
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 248-8431
Facsimile: (907) 248-8434
dhb@alaska.net

PROPOSED ATTORNEYS FOR DEBTORS

### CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served on October 4, 2015, by U.S. Mail/Electronically on the parties registered to receive electronic notices.

By: /s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II

3

HOU:3596429.1