Erik LeRoy
Erik LeRoy, P.C.
500 L St., Suite 302
Anchorage, Alaska 99501
(907) 277-2006
Counsel for Baker Hughes Oilfield Operations, Inc.,
Baker Petrolite, LLC, Schlumberger Technology
Corporation and M-I, LLC d/b/a MI-SWACO

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Cook Inlet Energy, LLC; | § | Case No. 15-00236 |
| Miller Energy Resources, Inc.; | § | Case No. 15-00313 |
| Miller Drilling, TN LLC; | § | Case No. 15-00314 |
| Miller Energy Services, LLC; | § | Case No. 15-00315 |
| Miller Energy GP, LLC; | § | Case No. 15-00316 |
| Miller Rig & Equipment, LLC; | § | Case No. 15-00318 |
| East Tennessee Consultants, Inc.; | § | Case No. 15-00319 |
| East Tennessee Consultants II, L.L.C.; | § | Case No. 15-00320 |
| Anchor Point Energy, LLC; | § | Case No. 15-00321 |
| Savant Alaska, LLC; and | § | Case No. 15-00322 |
| Nutaaq Operating LLC.[1] | § | Case No. 15-00323 |
| | § | |
| Debtors. | § | |

**PETITIONING CREDITORS' PARTIAL OBJECTION TO COOK INLET ENERGY'S
ANSWER TO INVOLUNTARY PETITION**

(Responds to Dkt. 51)

Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation, and M-I, LLC d/b/a MI-SWACO ("Creditors") respond to the Debtors' Emergency Motion For Joint Administration of Cases as follows:

On August 6, 2015, the Creditors filed an involuntary petition against Cook Inlet Energy, LLC ("CIE"). On October 1, 2015 CIE filed an Answer and Consent to Entry of Order (Dkt. 51). It also filed nine Chapter 11 petitions for entities it describes as "affiliates" of CIE. Consistent, in part,

with Fed. R. Bank. P. 1007(d), CIE attached to its Answer a list of 30 Largest Unsecured Creditors noting "[t]he list has been prepared on a consolidated basis . . . .", meaning, we interpret, that the list is a list of the largest 30 creditors of all eleven affiliated debtors. Creditors object to Debtor's presumption this list comports with Fed. R. Bankr. P.1007(d) which requires that in an involuntary chapter 11 reorganization case, the chapter 11 debtor shall file a list containing the names, addresses and claims of the creditors holding the largest 20 unsecured claims within 2 days after entry for an order for relief. By combining the creditors of all the debtors CIE has prevented its creditors from being able to analyzed the liabilities of each Debtor. By combining creditors, Debtor has made it difficult for the U. S. Trustee to solicit participation in unsecured creditor committees. It may be that a joint administration of some form makes sense in these cases, but at the outset of the CIE involuntary case CIE's response at Dkt. 51 does not meet the requirements of Fed. R. Bankr. P. 1007(d). Debtor needs to identify in the CIE case the 20 largest unsecured creditor of CIE.

Dated:  October 5, 2015               Respectfully submitted,

**ERIK LEROY, P.C.**

*/s/ Erik LeRoy*
Erik LeRoy
Alaska State Bar No. 8310130
500 L St., Suite 302
Anchorage Alaska 99501
Telephone:  (907) 277-2006
E-mail:  erik@alaskanbankruptcy.com

*Counsel for Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation and M-I, LLC d/b/a MI-SWACO*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 5, 2015, a copy of the foregoing was electronically filed and served via the Court's CM/ECF System upon all parties registered to receive notice.


           */s/ Erik LeRoy*
           Erik LeRoy