Erik LeRoy
Erik LeRoy, P.C.
500 L St., Suite 302
Anchorage, Alaska 99501
(907) 277-2006
Counsel for Baker Hughes Oilfield Operations, Inc.,
Baker Petrolite, LLC, Schlumberger Technology
Corporation and M-I, LLC d/b/a MI-SWACO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Cook Inlet Energy, LLC; | § | Case No. 15-00236 |
| Miller Energy Resources, Inc.; | § | Case No. 15-00313 |
| Miller Drilling, TN LLC; | § | Case No. 15-00314 |
| Miller Energy Services, LLC; | § | Case No. 15-00315 |
| Miller Energy GP, LLC; | § | Case No. 15-00316 |
| Miller Rig & Equipment, LLC; | § | Case No. 15-00318 |
| East Tennessee Consultants, Inc.; | § | Case No. 15-00319 |
| East Tennessee Consultants II, L.L.C.; | § | Case No. 15-00320 |
| Anchor Point Energy, LLC; | § | Case No. 15-00321 |
| Savant Alaska, LLC; and | § | Case No. 15-00322 |
| Nutaaq Operating LLC | § | Case No. 15-00323 |
| | § | |
| Debtors. | § | |

**PETITIONING CREDITORS' RESPONSE TO DEBTORS' EMERGENCY MOTION
SEEKING AUTHORITY TO (A) FILE A CONSOLIDATED CREDITORS MATRIX;
AND (B) IMPLEMENT CERTAIN NOTICE PROCEDURES**
(Responds to Dkt. 54)

Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology

Corporation, and M-I, LLC d/b/a MI-SWACO ("Petitioning Creditors") respond to the Debtors'

Emergency Motion Seeking Authority To (A) File A Consolidated Creditors Matrix; and (B)

Implement Certain Notice Procedures ("Subject Motion"), as follows:

1.      The Petitioning Creditors are not opposed to a single matrix for notice purposes.

They do oppose allowing the debtors to file only a single list of "the 30 largest unsecured creditors

of the Debtors on a consolidated basis."

2.     As stated in response to other first day motions, the Petitioning Creditors believe there is a need to have accurate and reliable Schedules, SOFA, and lists of equity interests on an individual debtor basis without delay.  This is buttressed by the fact that the instant motion asserts that there are thousands of creditors when all eleven of these cases are jointly administered, but notice to all of those creditors would be "in many instances, unnecessary, as many matters have no bearing on certain parties."  Subject Motion at 4.

Dated:  October 5, 2015                    Respectfully submitted,

                                           **ERIK LEROY, P.C.**


                                           */s/ Erik LeRoy*
                                           Erik LeRoy
                                           Alaska State Bar No. 8310130
                                           500 L St., Suite 302
                                           Anchorage Alaska 99501
                                           Telephone:  (907) 277-2006
                                           E-mail:  erik@alaskanbankruptcy.com

                                           *Counsel for Baker Hughes Oilfield Operations, Inc.,*
                                           *Baker Petrolite, LLC, Schlumberger Technology*
                                           *Corporation and M-I, LLC d/b/a MI-SWACO*

### CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, a copy of the foregoing *Response To Debtors' Emergency Motion Seeking Authority To (A) File A Consolidated Creditors Matrix; And (B) Implement Certain Notice Procedures* was electronically filed and served via the Court's CM/ECF System upon all parties registered to receive notice.



                                           */s/ Erik LeRoy*
                                           Erik LeRoy