Erik LeRoy
Erik LeRoy, P.C.
500 L St., Suite 302
Anchorage, Alaska 99501
(907) 277-2006
Counsel for Baker Hughes Oilfield Operations, Inc.,
Baker Petrolite, LLC, Schlumberger Technology
Corporation and M-I, LLC d/b/a MI-SWACO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Cook Inlet Energy, LLC; | § | Case No. 15-00236 |
| Miller Energy Resources, Inc.; | § | Case No. 15-00313 |
| Miller Drilling, TN LLC; | § | Case No. 15-00314 |
| Miller Energy Services, LLC; | § | Case No. 15-00315 |
| Miller Energy GP, LLC; | § | Case No. 15-00316 |
| Miller Rig & Equipment, LLC; | § | Case No. 15-00318 |
| East Tennessee Consultants, Inc.; | § | Case No. 15-00319 |
| East Tennessee Consultants II, L.L.C.; | § | Case No. 15-00320 |
| Anchor Point Energy, LLC; | § | Case No. 15-00321 |
| Savant Alaska, LLC; and | § | Case No. 15-00322 |
| Nutaaq Operating LLC.1 | § | Case No. 15-00323 |
| | § | |
| Debtors. | § | |

## PETITIONING CREDITORS' RESPONSE TO DEBTORS' EMERGENCY MOTION
## FOR ORDER ESTABLISHING CASE PROCEDURES
(Responds to Dkt. 55)

Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation, and M-I, LLC d/b/a MI-SWACO ("Petitioning Creditors") respond to the Debtors' Emergency Motion for Order Establishing Case Procedures ("Subject Motion"), as follows:

1. The Petitioning Creditors are not opposed to the relief Debtors request in the Subject Motion.

Dated: October 5, 2015     Respectfully submitted,

**ERIK LEROY, P.C.**

*/s/ Erik LeRoy*
Erik LeRoy
Alaska State Bar No. 8310130
500 L St., Suite 302
Anchorage Alaska 99501
Telephone: (907) 277-2006
E-mail: erik@alaskanbankruptcy.com

*Counsel for Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation and M-I, LLC d/b/a MI-SWACO*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2015, a copy of the foregoing *Response To Debtors' Emergency Motion For Order Establishing Case Procedures* was electronically filed and served via the Court's CM/ECF System upon all parties registered to receive notice.

*/s/ Erik LeRoy*
Erik LeRoy