Erik LeRoy
Erik LeRoy, P.C.
500 L St., Suite 302
Anchorage, Alaska 99501
(907) 277-2006
Counsel for Baker Hughes Oilfield Operations, Inc.,
Baker Petrolite, LLC, Schlumberger Technology
Corporation and M-I, LLC d/b/a MI-SWACO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| Cook Inlet Energy, LLC; | § | Case No. 15-00236 |
| Miller Energy Resources, Inc.; | § | Case No. 15-00313 |
| Miller Drilling, TN LLC; | § | Case No. 15-00314 |
| Miller Energy Services, LLC; | § | Case No. 15-00315 |
| Miller Energy GP, LLC; | § | Case No. 15-00316 |
| Miller Rig & Equipment, LLC; | § | Case No. 15-00318 |
| East Tennessee Consultants, Inc.; | § | Case No. 15-00319 |
| East Tennessee Consultants II, L.L.C.; | § | Case No. 15-00320 |
| Anchor Point Energy, LLC; | § | Case No. 15-00321 |
| Savant Alaska, LLC; and | § | Case No. 15-00322 |
| Nutaaq Operating LLC | § | Case No. 15-00323 |
| | § | |
| Debtors. | § | |

**PETITIONING CREDITORS' RESPONSE TO DEBTORS' EMERGENCY MOTION
FOR AUTHORITY TO PAY UNDISPUTED PREPETITION ROYALTIES**
(Responds to Dkt. 58)

Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation, and M-I, LLC d/b/a MI-SWACO ("Petitioning Creditors") respond to the Debtors' Emergency Motion For Authority To Pay Undisputed Prepetition Royalties ("Subject Motion"), as follows:

1.     On August 6, 2015, the Petitioning Creditors filed an involuntary petition against Cook Inlet Energy, LLC ("CIE"). That petition was clearly meritorious, but CIE delayed consent to an order for relief. It was not until October 1, 2015 that CIE consented to an order for relief and was

joined by ten other entities, which filed voluntary petitions for relief.

2. The Petitioning Creditors do not oppose the payment of undisputed royalties. They do object to (a) payment of royalties to persons who received their royalty interest from Debtors within 90 days prior to the petition date; (b) insiders who received their royalty interests within one year prior to the petition date; and (c) any payments by one debtor of another debtor's royalty obligations.

3. Categories (a) and (b) above would be disputed, so these prepetition debts should not be paid.

4. As to category (c), the Subject Motion states that "the Debtors request that all of their banks and other financial institutions (collectively, the "Banks") be authorized and directed to receive, process, honor, and pay all checks presented for payment of, and to honor all funds transfer requests made by the Debtors related to, the claims that the Debtors seek authority in this Motion to pay, regardless of whether such checks were presented or funds transfer requests were submitted prior to or after the Petition Date." The Petitioning Creditors object to any debtor using its funds to pay another debtor's obligations.  As to royalty obligations in particular, there should never be any issue concerning the source of funds.  Industry standard practice is that when production revenues are received the royalties are segregated, held in trust, accounted for, and then paid.

5. If these Debtors have been commingling the production revenues of Cook Inlet Energy, LLC, Savant Alaska, LLC, and Miller Energy Resources, Inc. (the only debtors with any production according to the Geisler Declaration), that needs to stop.  Royalties are always only a fraction of the total of production revenues, so each debtor's production revenues are sufficient to pay all of that debtor's royalty obligations.

2

Dated: October 5, 2015               Respectfully submitted,

**ERIK LEROY, P.C.**


/s/ Erik LeRoy
Erik LeRoy
Alaska State Bar No. 8310130
500 L St., Suite 302
Anchorage Alaska 99501
Telephone: (907) 277-2006
E-mail: erik@alaskanbankruptcy.com

*Counsel for Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation and M-I, LLC d/b/a MI-SWACO*


## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, a copy of the foregoing *Response To Debtors' Emergency Motion For Authority To Pay Undisputed Prepetition Royalties* was electronically filed and served via the Court's CM/ECF System upon all parties registered to receive notice.


/s/ Erik LeRoy
Erik LeRoy

3