Erik LeRoy
Erik LeRoy, P.C.
500 L St., Suite 302
Anchorage, Alaska 99501
(907) 277-2006
Counsel for Baker Hughes Oilfield Operations, Inc.,
Baker Petrolite, LLC, Schlumberger Technology
Corporation and M-I, LLC d/b/a MI-SWACO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| Cook Inlet Energy, LLC; | § | Case No. 15-00236 |
| Miller Energy Resources, Inc.; | § | Case No. 15-00313 |
| Miller Drilling, TN LLC; | § | Case No. 15-00314 |
| Miller Energy Services, LLC; | § | Case No. 15-00315 |
| Miller Energy GP, LLC; | § | Case No. 15-00316 |
| Miller Rig & Equipment, LLC; | § | Case No. 15-00318 |
| East Tennessee Consultants, Inc.; | § | Case No. 15-00319 |
| East Tennessee Consultants II, L.L.C.; | § | Case No. 15-00320 |
| Anchor Point Energy, LLC; | § | Case No. 15-00321 |
| Savant Alaska, LLC; and | § | Case No. 15-00322 |
| Nutaaq Operating LLC | § | Case No. 15-00323 |
| | § | |
| Debtors. | § | |

### PETITIONING CREDITORS' RESPONSE TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS PROVIDING ADEQUATE ASSURANCE OF UTILITY PAYMENTS
(Responds to Dkt. 59)

Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation, and M-I, LLC d/b/a MI-SWACO ("Petitioning Creditors") respond to the Debtors' Emergency Motion For Interim And Final Orders Providing Adequate Assurance Of Utility Payments ("Subject Motion"), as follows:

1. On August 6, 2015, the Petitioning Creditors filed an involuntary petition against Cook Inlet Energy, LLC ("CIE"). That petition was clearly meritorious, but CIE delayed consent to

an order for relief. It was not until October 1, 2015 that CIE consented to an order for relief and was joined by ten other entities, which filed voluntary petitions for relief.

2. The Petitioning Creditors do not oppose the adequate assurance and continuation of utilities. They do object to payments by any debtor of another debtor's Adequate Assurance Deposit or utility bills. These cases are not substantively consolidated. The Subject Motion fails to disclose which utilities services which debtors under which accounts. This part of a larger pattern of blurring the lines between debtors.

Dated: October 5, 2015    Respectfully submitted,

**ERIK LEROY, P.C.**


*/s/ Erik LeRoy*
Erik LeRoy
Alaska State Bar No. 8310130
500 L St., Suite 302
Anchorage Alaska 99501
Telephone: (907) 277-2006
E-mail: erik@alaskanbankruptcy.com

*Counsel for Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation and M-I, LLC d/b/a MI-SWACO*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, a copy of the foregoing *Response To Debtors' Emergency Motion For Interim And Final Orders Providing Adequate Assurance Of Utility Payments* was electronically filed and served via the Court's CM/ECF System upon all parties registered to receive notice.


　　　　　　　　　　　　　　　　　　　*/s/ Erik LeRoy*
　　　　　　　　　　　　　　　　　　　Erik LeRoy