Erik LeRoy
Erik LeRoy, P.C.
500 L St., Suite 302
Anchorage, Alaska 99501
(907) 277-2006
Counsel for Baker Hughes Oilfield Operations, Inc.,
Baker Petrolite, LLC, Schlumberger Technology
Corporation and M-I, LLC d/b/a MI-SWACO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| Cook Inlet Energy, LLC; | § | Case No. 15-00236 |
| Miller Energy Resources, Inc.; | § | Case No. 15-00313 |
| Miller Drilling, TN LLC; | § | Case No. 15-00314 |
| Miller Energy Services, LLC; | § | Case No. 15-00315 |
| Miller Energy GP, LLC; | § | Case No. 15-00316 |
| Miller Rig & Equipment, LLC; | § | Case No. 15-00318 |
| East Tennessee Consultants, Inc.; | § | Case No. 15-00319 |
| East Tennessee Consultants II, L.L.C.; | § | Case No. 15-00320 |
| Anchor Point Energy, LLC; | § | Case No. 15-00321 |
| Savant Alaska, LLC; and | § | Case No. 15-00322 |
| Nutaaq Operating LLC.[1] | § | Case No. 15-00323 |
| | § | |
| Debtors. | § | |

**PETITIONING CREDITORS' OPPOSITION TO AMENDED NOTICE TO TAKE
COMPENSATION PURSUANT TO AK LBR 2016-2**
(Responds to Dkt. 60 & 71)

Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation, and M-I, LLC d/b/a MI-SWACO ("Petitioning Creditors") oppose the paying of the executive compensation noticed in Dkt 71 as follows.

1.  First, four of the five executives are employed by the parent, Miller Energy Resources, Inc. ("MER"), but MER does not appear to have income sufficient to pay its own expenses and will rely upon the income of Cook Inlet Energy LLC ("CIE") to pay these executives. CIE has separately opposed the Debtors' motion to continue intercompany

transactions and until that opposition is resolved CIE objects to any CIE funds being used to pay MER executives.

      2.    Second, the proposed compensation seems to be very generous, for all of the executives. It is difficult to determine the reasonableness of the proposed compensation without the schedules and statements of financial affairs of MER and CIE, which Debtors have requested extensions until approximately November 1, 2015 to file. But, AK LBR 2016-2 permits MER to pay four of the executives and CIE to pay one of the executives the scheduled compensation beginning October 8, 2015.

      3.    Petitioning Creditors will file a calendar request for a hearing on their opposition to paying the scheduled executive compensation, and will request at that hearing that no further compensation be paid until seven days after schedules and SOFAs are filed.

Dated:  October 5, 2015                Respectfully submitted,

                                      **ERIK LEROY, P.C.**

                                      */s/ Erik LeRoy*
                                      Erik LeRoy
                                      Alaska State Bar No. 8310130
                                      500 L St., Suite 302
                                      Anchorage Alaska 99501
                                      Telephone:  (907) 277-2006
                                      E-mail:  erik@alaskanbankruptcy.com

                                      *Counsel for Baker Hughes Oilfield Operations, Inc., Baker Petrolite, LLC, Schlumberger Technology Corporation and M-I, LLC d/b/a MI-SWACO*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 5, 2015, a copy of the foregoing *Opposition to Amended Notice to Take Compensation Pursuant to AK LBR 2016-2* was electronically filed and served via the Court's CM/ECF System upon all parties registered to receive notice.


        */s/ Erik LeRoy*
        Erik LeRoy