Dennis G. Fenerty
Alaska Bar No. 8310117
GROH EGGERS, LLC
2600 Cordova Street, Suite 110
Anchorage, AK 99503
Phone: (907) 562-6474
Fax: (907) 562-6044
fenertyd@groheggers.com

Attorneys for Production Testing Services, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| Cook Inlet Energy, LLC; | § | Case No. 15-00236 |
| Miller Energy Resources, Inc.; | § | Case No. 15-00313 |
| Miller Drilling TN LLC; | § | Case No. 15-00314 |
| Miller Energy Services, LLC | § | Case No. 15-00315 |
| Miller Energy GP, LLC; | § | Case No. 15-00316 |
| Miller Rig & Equipment, LLC; | § | Case No. 15-00318 |
| East Tennessee Consultants, Inc.; | § | Case No. 15-00319 |
| East Tennessee Consultants, Inc. L.L.C..; | § | Case No. 15-00320 |
| Anchor Point Energy, LLC; | § | Case No. 15-00321 |
| Savant Alaska, LLC; and | § | Case No. 15-00322 |
| Nutaaq Operating LLC.[1] | § | Case No. 15-00323 |
| | § | |
| Debtors. | § | |

**OBJECTION TO INTER-DEBTOR TRANSFEERS AND TO HAVING COOK INLET ENERGY, INC. GUARANTY DEBT OF OTHER ENTITIES [Docket 57, 66]**

According to the Declaration of Carl Giesler, Jr. (the "<u>First Day Declaration</u>"), Chief Executive Officer of Miller Energy Resources, Inc. (with all of its subsidiaries <u>except</u> Cook Inlet Energy, Inc., "<u>Miller</u>"), Cook Inlet Energy, Inc. ("<u>Cook Inlet</u>") is the financially strong sibling entity among the eleven Debtors who filed Chapter 11 Petitions.  Cook Inlet Energy owns and

Objection To Inter-Debtor Transfers And To Having Cook Inlet Energy, Inc.
Guaranty Debt Of Other Entities - Page 1 of 3

operates production basins with proven producing fields, state-of-the-art infrastructure, and working interest in and operatorship of most of [the] acreage, including wells in Alaska, and, most importantly, it owns the State Incentives.  See, First Day Declaration, Docket #61, paragraphs 7, 9, 17, 18.  The State already paid to Cook Inlet Energy a total of $6.4 million in August or September, 2015, with another $17+ million due soon.  See, State's Notice of Payment Docket #19.

Debtors have sought joint administration of these 11 cases by Motion [Docket #52], intentionally avoiding a request for substantive consolidation.  Production Testing is a Creditor of Cook Inlet Energy.  This Court is well aware of the battles between creditors of financially strong related Debtors and creditors of their financially weak related siblings; creditors of the strong want the strong to stand alone and not support the weak, while creditors of the weak desperately want substantive consolidation so they can glom onto the assets of the strong.  What we have here is a transparent attempt by Miller to grab the assets (specifically including the $24+ million in State Incentive cash) of Cook Inlet Energy to prop up itself and its financially weak subsidiaries at the expense of Cook Inlet Energy.

Miller also filed an Emergency Motion for Use of Cash Collateral [Docket 66] under the terms of which Cook Inlet Energy will guarantee Miller's new debt.

Creditor Production Testing Services did many days' honest work for Cook Inlet Energy that enabled Cook Inlet Energy to earn the State Incentives but it has not been paid for its work.  Now Miller wants the Court to allow it to continue "intercompany financial transactions", mostly "with MER and CIE [Cook Inlet Energy] covering cash shortfalls of the other Debtors from time to time."  Debtor's Emergency Motion For Order ... Authorizing Continuation of Intercompany

Transactions.  Docket #57, paragraph 22.  This is such a quaint and delicate euphemism for saying they want *de facto* substantive consolidation.  But they don't admit that and they say it before they have made <u>any</u> financial disclosure and before creditors have had a chance to digest the consequences of the requests Miller makes.  And Miller does this at the same time that they seek more time to file Schedules and Statements of Financial Affairs.  Docket #53.  **If they want substantive consolidation, they should do it by motion and provide meaningful disclosure of the reasons and consequences.**

We hope and trust that Miller wouldn't intentionally bury these aggressive requests (to have Cook Inlet Energy guaranty Miller's Post-Petition Financing and to let "intercompany transactions" from Cook Inlet Energy to weaker siblings continue) under a mountain of other papers filed October 1 and 2 in the hopes that creditors of Cook Inlet Energy would miss these crucial maneuvers.  The Court must not let these events occur.

DATED at Anchorage, Alaska this __5th__ day of October 2015.

        GROH EGGERS, LLC

        Attorneys for Creditor


        By: /s/ Dennis G. Fenerty
           Dennis G. Fenerty

CERTIFICATE OF SERVICE

I hereby certify that on October __5__, 2015, a copy of the foregoing was electronically filed and served via the Court's CM/ECF System upon all parties registered to receive this notice.

        /s/ Dennis G. Fenerty
        Dennis G. Fenerty