Cabot Christianson, Esq.
LAW OFFICES OF CABOT CHRISTIANSON, P.C.
Alaska Bar No. 7811089
911 W. 8th Avenue, Suite 201
Anchorage, AK 99501
Phone (907) 258-6016
Attorneys for State of Alaska

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ALASKA

| In Re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| Cook Inlet Energy, LLC, | ) | Case No.: 15-00236 GS |
| Miller Energy Resources, Inc., | ) | Case No.: 15-00313 |
| Miller Energy Services, LLC, | ) | Case No.: 15-00314 |
| Miller Energy GP, LLC, | ) | Case No.: 15-00315 |
| Miller Rig & Equipment, LLC, | ) | Case No.: 15-00316 |
| Miller Drilling, TN LLC, | ) | Case No.: 15-00318 |
| East Tennessee Consultants, Inc., | ) | Case No.: 15-00319 |
| East Tennessee Consultants II, LLC, | ) | Case No.: 15-00320 |
| Anchor Point Energy, LLC, | ) | Case No.: 15-00321 |
| Savant Alaska, LLC, and | ) | Case No.: 15-00322 |
| Nutaaq Operating LLC, | ) | Case No.: 15-00323 |
| | ) | |
| Debtors. | ) | Joint Administration Requested |
| | ) | |

## STATE OF ALASKA'S LIMITED OBJECTION
## TO DEBTORS' CASH COLLATERAL MOTION [DE #66]

The State of Alaska files this limited objection to *Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 107(B), 361, 362, 363, 364 and 507(I) Approving Post-Petition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative*

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

*Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, and (VI) Scheduling a Final Hearing,* filed at Docket No. 66 ("the Cash Collateral Motion").

Yesterday, October 5, 2015, the Debtors received $14,796,055 from the State of Alaska, representing the remaining balance with respect to the State's purchase of a tax credit certificate issued to Cook Inlet Energy, Inc., for the tax year ending December 31, 2014.[1]

The State has been advised that receipt of these funds moots the Debtors' need for debtor-in-possession ("DIP") financing, and that the DIP financing portion of the Cash Collateral Motion will not go forward at today's hearing. However, the Debtors will still be seeking an order approving use of cash collateral.

The State advises the parties that there is a $3,364,038 tax credit certificate issued to Miller Energy Resources, Inc. for the tax year ending December 31, 2014. Payment for that certificate is imminent, within the next few weeks or sooner. The State is currently investigating to determine if there are offsets against payment of that amount.

The proposed interim order attached as Exhibit C to the Cash Collateral Motion does not clearly protect the State's right of offset, but it should. The State requests that any cash collateral order be amended to provide that it does not impair the State's right to set off payments due the State against payment made for any tax credit certificates.

---

[1] As explained by the State's letter dated August 30, 2015, attached to DE #19, the approved amount for that certificate was $23,692,055. That amount, less offsets for a $446,000 fine due the Alaska Oil and Gas Commission, and $2,050,000 due under a Performance Bond Agreement, and less a $6,400,000 partial payment equals $14,796,055.

PAGE 2  SOA'S LIMITED OBJECTION TO DEBTORS' CASH COLLATERAL MOTION [DE #66]
H:\3255\MAIN\STATE'S RESPONSE TO CASH COLALTERAL MOTION.WPD

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
911 WEST 8TH AVENUE, #201 • ANCHORAGE, ALASKA 99501
(907) 258-6016 • Fax (907) 258-2026

DATED this 6th day of October 2015.

LAW OFFICES OF CABOT CHRISTIANSON, P.C.
Attorneys for the State of Alaska


By: /s / Cabot Christianson
Cabot Christianson


**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that on October 6, 2015, a correct copy of the above document was served on by electronic means through the ECF system to those parties listed on the Notice of Electronic filing.

By: /s/ Margaret Stroble
Margaret Stroble