David H. Bundy (AK Bar 7210043)
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, Alaska  99501
Telephone:  (907) 248-8431
Facsimile:   (907) 248-8434

Timothy A. ("Tad") Davidson II *(admitted pro hac vice)*
David A. Zdunkewicz *(admitted pro hac vice)*
Joseph P. Rovira *(admitted pro hac vice)*
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile:  (713) 220-4285

Proposed Attorneys for the Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| Cook Inlet Energy, LLC, *et al.*;[1] | § | Case No. 15-00236 |
|  | § |  |
| Debtors. | § | Jointly Administered |

### ORDER AUTHORIZING JOINT ADMINISTRATION OF CASES
[Relates to Docket No. 52]

The Debtors' filed a Motion for Joint Administration of Cases (the "Motion").  After reviewing, the Court orders that the Motion is GRANTED.  Therefore, it is ORDERED:

1. Case Nos. 15-00313, 15-00314, 15-00315, 15-00316, 15-00318, 15-00319, 15-00320, 15-00321, 15-00322, and 15-00323 shall be transferred to Judge Spraker, who has been assigned the lowest numbered case, Case No. 15-00236, which is for Cook Inlet Energy, LLC.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908).

2. These eleven cases shall be jointly administered, subject to the provisions of this Order.

3. The caption for papers filed in court shall be in the same format as the caption on this Order. The caption shall be deemed to comply with the requirements of 11 U.S.C. § 342(c)(1) and Rules 1005, 1015(b), and 2002(n) of the Federal Rules of Bankruptcy Procedure and Alaska Local Bankruptcy Rule 1015-1.

4. After entry of this Order, all documents in the eleven cases will be filed in the first case, Cook Inlet Energy, LLC, Case No. 15-00236.

5. After entry of this Order, all docketing in the eleven cases will be in the Cook Inlet Energy Case, LLC case, <u>except that each individual debtor shall file separate, individual (1) matrices, and (2) schedules and statements in their respective bankruptcy cases</u>.

6. The Clerk will reflect the joint administration in CM/ECF according to the protocol for joint administration of cases.

7. Notwithstanding the joint administration of the cases, the estates and cases are not substantively consolidated and separate proof of claim dockets and proof of claim files will be maintained. Notice is given to all parties to file any proofs of claim in the appropriate case (i.e., not in the joint case), and to file one in each case if the claim happens to be in multiple or all cases. The official claims registers maintained in these cases shall reflect the identity of the particular Debtor against which each proof of claim is asserted.

8. One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

9. Parties may request joint hearings on matters pending in any of the jointly-administered cases.

2

Signed on this 8th day of October, 2015.

        /s/ Gary Spraker_____
GARY SPRAKER
United States Bankruptcy Judge

Serve:

- Charles A Beckham
- Michelle L. Boutin
- Thomas A. Buford
- David H. Bundy
- Kristen Campana
- Christopher L Castillo
- Cabot C. Christianson
- Kari B. Coniglio
- Timothy A. Davidson
- Wayne G. Dawson
- Carl Dore
- Dennis G. Fenerty
- Evan D. Flaschen
- Ashley Gargour
- Thomas H. Grace
- Curt Roy Hineline
- Michael Jungreis
- Jonathan W Katchen
- David L. Lawton
- Erik LeRoy
- Joseph P. Rovira
- John J. Sparacino
- U.S. Trustee's Office
- Joshua W Wolfshohl
- David A. Zdunkewicz
- Clerk – to enter copy of this order in each jointly administered case
- SVS

3

HOU:3552473.6