David H. Bundy (AK Bar 7210043)
DAVID H. BUNDY, P.C.
310 K Street, Suite 200
Anchorage, Alaska  99501
Telephone:  (907) 248-8431
Facsimile:   (907) 248-8434

Timothy A. ("Tad") Davidson II *(admitted pro hac vice)*
David A. Zdunkewicz *(admitted pro hac vice)*
Joseph P. Rovira *(admitted pro hac vice)*
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4200
Facsimile:  (713) 220-4285

Proposed Attorneys for the Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Cook Inlet Energy, LLC, *et al.*;[1] | § | Case No. 15-00236 |
| | § | |
| Debtors. | § | Jointly Administered |

### NOTICE OF DEBTORS' AGREED INTERIM CASH COLLATERAL BUDGET
[**This Notice Relates to the Motion at Docket No. 66**]

**PLEASE TAKE NOTICE THAT** attached hereto as **Exhibit "A"** is a copy of the agreed interim cash collateral budget (the "Budget") in relation to the Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to Bankruptcy Code Sections 105, 107(B), 361, 362, 363, 364, and 507 (i) Approving Postpetition Financing, (ii) Authorizing use of Cash Collateral, (iii) Granting Liens and Providing Superpriority Administrative Expense

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908)

Status, (iv) Granting Adequate Protection, (v) Modifying Automatic Stay, and (vi) Scheduling a Final Hearing [Docket No. 66](the "DIP/CC Motion").  The Budget is agreed to by the Debtors, the Second Lien Lenders/DIP Lenders, and the parties that filed objections to the DIP/CC Motion.

Dated: October 9, 2015            Respectfully submitted,

ANDREWS KURTH LLP

By:     /s/ Joseph P. Rovira
        Timothy A. ("Tad") Davidson II
        Texas Bar No. 24012503
        David A. Zdunkewicz
        Texas Bar No. 22253400
        Joseph P. Rovira
        Texas Bar No. 24066008
        600 Travis, Suite 4200
        Houston, Texas 77002
        Telephone: (713) 220-4200
        Facsimile:  (713) 220-4285
        taddavidson@andrewskurth.com
        dzdunkewicz@andrewskurth.com
        josephrovira@andrewskurth.com

        David H. Bundy
        Alaska Bar No. 7210043
        DAVID H. BUNDY, P.C.
        310 K Street, Suite 200
        Anchorage, Alaska  99501
        Telephone:  (907) 248-8431
        Facsimile:   (907) 248-8434
        dhb@alaska.net

        PROPOSED ATTORNEYS FOR
        DEBTORS

2

HOU:3599702.1

## CERTIFICATE OF SERVICE

It is hereby certified that on October 9, 2015, a copy of the foregoing document was served electronically on all parties registered to receive electronic notices.

By: */s/ Joseph P. Rovira*
Joseph P. Rovira