## Exhibit A

**Agreed Interim Cash Collateral Budget**

## Miller Energy Weekly Budget - CIE Entities

| Week<br>Week Ending | Forecast<br>Week 1<br>11-Oct-15 | Forecast<br>Week 2<br>18-Oct-15 | Forecast<br>Week 3<br>25-Oct-15 | Forecast<br>Week 4<br>1-Nov-15 | Forecast<br>Week 5<br>8-Nov-15 |
|---|---:|---:|---:|---:|---:|
| ($ in 000's) | | | | | |
| **Beginning Cash Balance** | $ 193,943 | $ 14,668,840 | $ 14,003,555 | $ 16,320,005 | $ 14,443,525 |
| | | | | | |
| Draws (Repayments) on DIP Credit Facility | - | - | - | - | - |
| | | | | | |
| **Cash Inflows** | | | | | |
| Oil Receipts | - | - | 2,138,652 | - | - |
| Gas Receipts | - | - | 1,260,000 | - | - |
| Alaska carried-forward annual loss credits, net | 14,800,000 | - | - | - | - |
| Royalties, Ories - AK | - | - | - | (909,462) | - |
| **Total Cash Inflows** | 14,800,000 | - | 3,398,652 | (909,462) | - |
| | | | | | |
| **Cash Outflows** | | | | | |
| Operational Expenses | | | | | |
| *Communications* | (2,340) | (2,340) | (2,340) | (2,340) | (2,340) |
| *Contract Services* | (153,232) | (153,232) | (153,232) | (153,232) | (153,232) |
| *Equipment Rental* | (11,721) | (11,721) | (11,721) | (11,721) | (11,721) |
| *M&E* | (19,710) | (19,710) | (19,710) | (19,710) | (19,710) |
| *Materials* | (58,621) | (58,621) | (58,621) | (58,621) | (58,621) |
| *Other* | (25,850) | (25,850) | (25,850) | (25,850) | (25,850) |
| *Office* | - | - | - | (28,000) | - |
| *Taxes* | (5,612) | (5,612) | (5,612) | (5,612) | (5,612) |
| *Transportation & Logistics* | (52,560) | (52,560) | (52,560) | (52,560) | (52,560) |
| *Utility* | (4,228) | (4,228) | (4,228) | (4,228) | (4,228) |
| *Repairs & Maintenance* | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| *Supplies and Tools* | (9,448) | (9,448) | (9,448) | (9,448) | (9,448) |
| CIE Payroll | - | - | (192,054) | - | (287,861) |
| Aetna (Health Insurance CIE & Savant) | - | (113,000) | - | - | - |
| Reserve Engineering Fees | - | - | - | - | - |
| Delay Rentals | - | - | - | - | - |
| Transportation Expense | - | - | (294,288) | - | - |
| Facilities Maintenance CAPEX* | (308,750) | (195,000) | (195,000) | (195,000) | (195,000) |
| Drilling CAPEX | (7,831) | (125,000) | (125,000) | (50,000) | (50,000) |
| Rig 36 Lease Buy Out | - | - | - | - | - |
| **Total Cash Outflows** | (664,901) | (781,321) | (1,154,663) | (621,321) | (881,182) |
| | | | | | |
| Intercompany Transfer / Reimbursement | - | - | - | - | - |
| | | | | | |
| **Working Capital** | | | | | |
| Pre-Petition Payments on AP (On-Going HSE Projects) | - | - | - | (225,000) | (225,000) |
| Post-Petition Payments on AP | (454,273) | (677,284) | (887,148) | (778,917) | (608,739) |
| Increase in AP | 794,071 | 793,321 | 959,609 | 658,220 | 608,321 |
| | | | | | |
| **Net Cash Flow** | 14,474,897 | (665,284) | 2,316,450 | (1,876,480) | (1,106,600) |
| | | | | | |
| **Ending Cash Balance** | $ 14,668,840 | $ 14,003,555 | $ 16,320,005 | $ 14,443,525 | $ 13,336,925 |

# Miller Energy Weekly Budget - Savant Entities

| Week<br>Week Ending | Forecast<br>Week 1<br>11-Oct-15 | Forecast<br>Week 2<br>18-Oct-15 | Forecast<br>Week 3<br>25-Oct-15 | Forecast<br>Week 4<br>1-Nov-15 | Forecast<br>Week 5<br>8-Nov-15 |
|---|---:|---:|---:|---:|---:|
| ($ in 000's) | | | | | |
| **Beginning Cash Balance** | $ 341,178 | $ 209,009 | $ 979,709 | $ 914,709 | $ 753,234 |
| **Draws (Repayments) on DIP Credit Facility** | - | - | - | - | - |
| **Cash Inflows** | | | | | |
| Oil Receipts | - | 785,701 | - | - | - |
| Royalties, Ories - AK | - | - | - | (100,000) | - |
| Total Cash Inflows | - | 785,701 | - | (100,000) | - |
| **Cash Outflows** | | | | | |
| Operational Expenses | (46,475) | (46,475) | (46,475) | (46,475) | (46,475) |
| Savant Payroll | - | - | (50,000) | - | (202,000) |
| Abandonment Payment - AK | - | - | - | - | - |
| Facilities Maintenance CAPEX* | (15,000) | (15,000) | (15,000) | (15,000) | (15,000) |
| Drilling CAPEX | (117,170) | - | - | - | - |
| Total Cash Outflows | (178,645) | (61,475) | (111,475) | (61,475) | (263,475) |
| **Intercompany Transfer / Reimbursement** | - | - | - | - | - |
| **Working Capital** | | | | | |
| Pre-Petition Payments on AP (On-Going HSE Projects) | - | - | - | - | - |
| Post-Petition Payments on AP | - | - | - | (46,475) | (46,475) |
| Increase in AP | 46,475 | 46,475 | 46,475 | 46,475 | 46,475 |
| **Net Cash Flow** | (132,170) | 770,701 | (65,000) | (161,475) | (263,475) |
| **Ending Cash Balance** | $ 209,009 | $ 979,709 | $ 914,709 | $ 753,234 | $ 489,759 |

## Miller Energy Weekly Budget - MER & TN Entities

| Week<br>Week Ending | Forecast<br>Week 1<br>11-Oct-15 | Forecast<br>Week 2<br>18-Oct-15 | Forecast<br>Week 3<br>25-Oct-15 | Forecast<br>Week 4<br>1-Nov-15 | Forecast<br>Week 5<br>8-Nov-15 |
|---|---|---|---|---|---|
| ($ in 000's) | | | | | |
| **Beginning Cash Balance** | $ 647,985 | $ 647,985 | $ 647,985 | $ 547,985 | $ 323,086 |
| **Draws (Repayments) on DIP Credit Facility** | - | - | - | - | - |
| **Cash Inflows** | | | | | |
| Proceeds from Sale of Assets | - | - | - | 350,000 | - |
| **Total Cash Inflows** | - | - | - | 350,000 | - |
| **Cash Outflows** | | | | | |
| Operational Expenses | - | - | - | - | - |
| G&A Expenses | | | | | |
| MER Payroll | - | - | (100,000) | - | (130,000) |
| Blues Cross Blue Shied (Health Insurance MER) | - | - | - | (20,751) | - |
| Aflac (Supplemental MER) | - | - | - | (831) | - |
| Delta Dental (Dental Everyone) | - | - | - | (9,738) | - |
| Lincoln Financial Group (Life Insurance Everyone) | - | - | - | (18,878) | - |
| Health Equity HRA | - | - | - | (2,000) | - |
| Tasc Direct Pay | - | - | - | (7,700) | - |
| IT Services | - | - | - | (18,000) | - |
| Travel Expense | (25,000) | (12,500) | (12,500) | (12,500) | (12,500) |
| Telephone & Other | - | (30,000) | - | - | - |
| Office | - | - | - | (15,000) | - |
| Taxes Other Than Income | (7,000) | (7,000) | (7,000) | (7,000) | (7,000) |
| Other SGA | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) |
| Commercial Insurance Premiums | - | - | - | (85,000) | - |
| D&O Payment | - | - | - | - | (120,000) |
| Tax Compliance & Planning | - | - | - | - | - |
| Auditor | - | - | - | - | - |
| Legal Fees | (30,000) | (5,000) | (5,000) | (5,000) | (5,000) |
| Payments on 2L | - | - | - | (350,000) | - |
| **Total Cash Outflows** | **(65,000)** | **(57,500)** | **(127,500)** | **(555,399)** | **(277,500)** |
| **Intercompany Transfer / Reimbursement** | - | - | - | - | - |
| **Working Capital** | | | | | |
| Pre-Petition Payments on AP (On-Going HSE Projects) | - | - | - | - | - |
| Post-Petition Payments on AP | - | - | - | (65,000) | (57,500) |
| Increase in AP | 65,000 | 57,500 | 27,500 | 45,500 | 27,500 |
| **Net Cash Flow** | - | - | (100,000) | (224,899) | (307,500) |
| **Ending Cash Balance** | $ 647,985 | $ 647,985 | $ 547,985 | $ 323,086 | $ 15,586 |