## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| In re: | Case No. 15-00236-GS |
| COOK INLET ENERGY, LLC, | Chapter 11 |
| Reorganized Debtor.[1] | Jointly Administered[2] |

### AMENDED FINAL DECREE CLOSING CHAPTER 11 CASES

In accordance with the court's Order Granting Motion for Final Decree (ECF No.1535),

IT IS HEREBY ORDERED THAT:

1. The following Cases are hereby closed:

| DEBTOR | CASE NO. |
|---|---|
| Cook Inlet Energy, LLC | Case No. 15-00236 |
| Miller Energy Resources, Inc. | Case No. 15-00313 |
| Miller Energy Services, LLC | Case No. 15-00314 |
| Miller Energy GP, LLC | Case No. 15-00315 |
| Miller Rig & Equipment, LLC | Case No. 15-00316 |
| Miller Drilling, TN LLC | Case No. 15-00318 |
| East Tennessee Consultants, Inc., | Case No. 15-00319 |
| East Tennessee Consultants II, L.L.C. | Case No. 15-00320 |
| Anchor Point Energy, LLC | Case No. 15-00321 |
| Savant Alaska, LLC | Case No. 15-00322 |
| Nutaaq Operating LLC | Case No. 15-00323 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Cook Inlet Energy, LLC, an Alaska limited liability company (6643); Miller Energy Resources, Inc., a Tennessee corporation (8629); Miller Drilling, TN LLC, a Tennessee limited liability company (8891); Miller Energy Services, LLC, a Delaware limited liability company (8670); Miller Energy GP, LLC, a Delaware limited liability company (0999); Miller Rig & Equipment, LLC, a Delaware limited liability company (8727); East Tennessee Consultants, Inc., a Tennessee corporation (3108); East Tennessee Consultants II, L.L.C., a Tennessee limited liability company (0107); Anchor Point Energy, LLC, an Alaskan limited liability company (7946); Savant Alaska, LLC, a Colorado limited liability company (0579); and Nutaaq Operating LLC, an Alaska limited liability company (2908).

[2] The jointly-administered Chapter 11 Cases are: (i) Cook Inlet Energy, LLC, Case No. 15-00236; (ii) Miller Energy Resources, Inc., Case No. 15-00313; (iii) Miller Energy Services, LLC, Case No. 15-00314; (iv) Miller Energy GP, LLC, Case No. 15-00315; (v) Miller Rig & Equipment, LLC, Case No. 15-00316; (vi) Miller Drilling, TN LLC, Case No. 15-00318; (vii) East Tennessee Consultants, Inc., Case No. 15-00319; (viii) East Tennessee Consultants II, L.L.C., Case No. 15-00320; (ix) Anchor Point Energy, LLC, Case No. 15-00321; (x) Savant Alaska, LLC, Case No. 15-00322; (xi) Nutaaq Operating LLC, Case No. 15-00323  (collectively, the "Cases").

2. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen these Cases for cause pursuant to § 350(b) of the Bankruptcy Code.

3. The Reorganized Debtors shall, on or before 30 days after entry of this Final Decree:

   a. Pay all fees due and payable, if any, pursuant to 28 U.S.C. § 1930(a)(6) with respect to the Cases; and

   b. File a post-confirmation quarterly report for the last period during which the Cases remained open.

4. Entry of this Final Decree is without prejudice to the rights of the U.S. Trustee to reopen these Cases to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6) or the post-confirmation report.

5. The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

6. Notwithstanding the entry of this Final Decree, the Court retains exclusive jurisdiction over any pending contested matters, including the *Trustee's Objection to Proof of Claim No. 183 Filed by Scott Boruff in Case No. 15-00313* [Docket No. 747], and pending adversary proceedings in these cases to the fullest extent provided for under the *Joint Plan of Reorganization of Miller Energy Resources, Inc. and Certain of its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 364]. The pending avoidance actions this Court expressly reserves jurisdiction over include, but are not limited to:

| TITLE | ADV. NO. |
|---|---|
| All American Oilfield, LLC v. Cook Inlet Energy LLC | Adv. No. 16-90002 |
| CIE Preference Common Issues | Adv. No. 17-60002 |
| Gebhardt v. AK Supply, Inc. | Adv. No. 17-90008 |
| Gebhardt v. A&L Construction, Inc. | Adv. No. 17-90011 |
| Gebhardt v. Blue Water Navigation, LLC | Adv. No. 17-90012 |
| Gebhardt v. Northair, Inc. | Adv. No. 17-90023 |
| Gebhardt v. TH1 LLC | Adv. No. 17-90030 |
| Gebhardt v. Inman | Adv. No. 17-90041 |
| Gebhardt v. Great Northern Testing, LLC | Adv. No. 17-90044 |
| Gebhardt v. Marcum & Petroff, PC | Adv. No. 17-90046 |
| Gebhardt v. Petroleum Equipment & Services, Inc. | Adv. No. 17-90049 |
| Gebhardt v. Tarpon Pipe & Supply LP | Adv. No. 17-90053 |
| Gebhardt v. Kenai Aviation, Inc. | Adv. No. 17-90055 |
| Gebhardt v. Moore & Moore Services, Inc. | Adv. No. 17-90056 |
| Gebhardt v. Resource Energy Solutions, Inc. | Adv. No. 17-90058 |
| Gebhardt v. H and H Industrial, Inc. | Adv. No. 17-90069 |
| Gebhardt v. Miller | Adv. No. 17-90072 |
| Gebhardt v. SA Operating, LLC | Adv. No. 17-90073 |

7. Entry of this Final Decree shall not moot nor have any effect upon the pending contested matters and pending avoidance actions.

8. The document retention protocol set forth in paragraph 38 of the *Order Confirming Joint Plan of Reorganization of Miller Energy Resources, Inc. and its Subsidiaries Under Chapter 11 of the Bankruptcy Code* [Docket No. 502], and any obligations of the Debtors and Reorganized Debtors thereunder, are not affected and shall remain enforceable notwithstanding the entry of this Final Decree.

9. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree are immediately effective and enforceable upon its entry.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation and enforcement of this Final Decree.

Signed on this 5th day of September, 2018.

/s/ Gary Spraker
GARY SPRAKER
United States Bankruptcy Judge

Serve: D. Bundy, Esq.
D. Zdunkewicz, Esq.
C. Christianson, Esq.
E. LeRoy, Esq.
A. Guerrero, Esq.
C. Carollo, Esq.
K. Perkins, Esq.
U.S. Trustee
ECF Participants via NEF
Case Manager

4